STAMP & Return Copy to PLAINTIFF
10:20 TIME
FILED OCT 3 2017
RICHARD W. NAGEL, Clerk of Court

Forward TO GEN
Civ. Rule 5

US District Court of Southern Ohio

1:17CV0729

RECEIVED
OCT 31 2017
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Civil/claim
Indiliberate Indifference
Negligiance
Declaration of DUTY

Plaintiff Gilmore
vs
Defendant, Blanketship ET-AL
Indivisual Capacity
Law, suit of Defendants

1. On 4-21-17 Mr Gilmore was assaulted in Harden AB Day room at 3:50pm by John Doe of Arian brotherhood Supremacy Gang. Mr Gilmore at 1pm that Day Advised Sgt Blanketship that the John Doe and Mr Schweer, who Sleeps beneath Mr Gilmore As a cell Mate And the

2. John Doe sleeps directly 2Ft Next along side to Mr Gilmore In the Next cubic threaten Mr Gilmore with a lock If he don't get Moved Also For the cooroperation with Staff itselfs by Mr Gilmore For not owning up to the homemade Alcohol that Mrswheer made and

3. was found with in his cell Also John Doe involvement as Makeing that was what John Doe and Mr Swheer did for Money and drinkin Activity, and received Plenty of Disciplinary Tickets that week also in the past

4. and on the Day of 4-21-17, That Day However Mr Gilmore explained along with Mr Shweer Present in the hearing

Plaintiff as the right to be Protected From, Danger, also the right to liberty and instrest.

5. Of Mr shweer tickets also that same day in Mr Gilmore hearing Haveing been given a ticket in which he denied relaying that the Alcohol ingredients belong to swheer and John Doe who goes by nick name Turtle

6. Sgt Blanketship told Mr Gilmore don't worry that both swheer and John Doe is Known For theirs Priors indulgement also that alone is enough to get them sent to the hole

7. However he later called me in office during his Conducting of swheers tickets and indicated right infront of him with recentment towards Me and said he anit Moveing Me nowhere but to the hole or a level three prison

8. Both Myself and shweer If he hears or see any thing about this Matter And ordered both of us to Man up for some Apparrent reason then went own to give a speech about how he tell inmates all the time

9. That were in Control of our own Destiny and not to Make Excuses then he said Wensday when Another Sargeant comes he won't have Anything to do with this dorm and Good readers to its

10. laughing along with inmate Scheer as Sgt Blanketship is a Arian brother his self as well as Schweer, and John Doe

11. later in the Day room John Doe attacked Mr Gilmore with a Aluminium Cain Severally in the Face, back Shoulder and Elbow Mr Gilmore Defended Himself injureing his Ankle As wittness by several Inmates

12. Mr Gilmore on the way to chow after Discovering officer Waggoner turned his back on him and was no where to be found.

13. Mr Gilmore could not withstand standing in the Chow hall line, then went to Medical while on his way to Medical he approached CO Jim the Female officer, informed him to contact the LT Archer

14. Who stood Moments away Mr Gilmore did both Jim and Archer riddeculed Mr Gilmore called him a cownrd and informed him To return to his Dorm and threatned him with Financial, burdens, Out of Place Tickets refuseing Gilmore request for Medical Attention

15. Calling him little Allah and that their gonna Turn My ass over on the compound after the Nurse, comes and that Im waisting their time After Gilmore severally times Told them his ankle and back is ~~fuck~~

16. Prohibiting him to walk any Further do To Excruciating Pain LT Archer Concern was protecting Sgt, Blanketship Negligiance As Gilmore explained what happen, then JIM went own to challenge Gilmore Mentally to not

17. Being Able to defend his self Both officials Satisfying gilmore to hatred and harms way, After Gilmore leftit Medical In a Wheel chair CO. Wagner Planted a shank under Gilmore Matress, or either schweer or John Doe

18. Who all had Motives to Due so LT Archer Coherce My Medical Examination To the On duty Male Nurse Practionor, Mr Gilmore typewritter, and J-P5 was Never Placed in his Pack-UP

19  Blanket ship, failed to Protect Gilmore in his Declaration of Duty of a forseeable circumstance a administrative violation, of In Apr platute Supervision 51.20.02 also Raceil Discrimination

20  Inspector Alexander Denied Gilmore a therno Camera Inspection violation of administration rules To fored and Produce a actual Shank as Investigator Shulu have retaliation issues against Gilmore in the Past were officers

21  Were Proven liers in results to DNA TEST that Gilmore never spitted on officer All this was a consparacicy To rail road Gilmore To a level three to Protect Blanket Ship Neglijiare and all their Indeliberate, Indifferences

22  This is a US 1983 civil law suit against for 8th admendment violation of Cruel and unusual Punishment

23  Against Sgt Blanketship, and Inspector Alexander for Declaration of Duty, Failure To Protectect in a high risk circumstance admnistratove Rules also, Warden Turner for Declaration of Duty of his staff als Wagnoor for Inaporpriate Supervision in Association with Planting a shank as to aiding or Contributeing in the Agressors Which are all statements upon which a Releif can be claimed

# Claim Upon Relief

Plantiff Seeks Relief in the Amount of

$75,000 from each Defendant Jointly or Seperately

This lawsuit is in there individual Capacity also

$25,000 in Punitives Damage

1. In this Cruel and Unusual Punishment
2. Deliberate Indifferences
3. Emotional Distress

This Neglisiance
1. This Deliberate Indifferences by Blankhetship refusal, to house Gilmore away from this Known threat, when made to other Staff Members' that day as well as hiself

2. Also Inspector Alexander for not provideing a cammera footage of the finding of Knife

3. Wagnoors, Alleged Knife finding it self

4 Warden Turners and the others Declaration of Duty

Stamp and Return

## Certificate of Service

I certify that on 10·18·17 Sean Gilmore sent this civil complaint against Sgt Blanketship ET·AL by Regular Mail please Forward a Copy To General Att Civ. Rule 5,

Sean Gilmore 721420
WCI
LEB, OH
405-036

*Sean Gilmore* (signature)