STAMP and Return

U.S. District Court of Southern Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 NOV 13 PM 3:28

Please Forward to Ast. General civs

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Plaintiff Gilmore                 Complaint
vs
Defendant Blankenship-ET-AL

Amended Complaint ( Motion of Added, Defendants )  Civ. 26

This complaint is a added on defendants Mr Turner Warden, Inspector Alexander Investigator Shuler., who denied SEAN Gilmore of Due Process which is 14th Amendment violation, Plaintiff requested in several Complaints To Inspector Alexander of a Proper Camera Inspection also, Investigator, Never disciplined, the named aggressors, as they NCCI staff itself promoted this Arian brother hood Rule violations Against Plaintiff Gilmore. For Alleged, possession or Manufactured of weapon, ammunition, explosive or incendiary, Rule 36 These actions are Indeed Delariction of Duty 29.44.9 As in Matter of state law Failure to carry out a owed Duty, creating unwantoness of Pain

Also Cruel and Unusual Punishment U.S. Constitutional of the 8th

Sean Gilmore 721420

This matter of retaliation has followed which was arranged by prison guard officials as plantiff Informed Columbus this systematic promotion to lose the inmate in a Mass of

prison, process generated time so that the prison guard set-up on Gilmore had him beat-up and sexually molested this attempt to cover-up is substanatial threw camera speculation

This is a propergarda of Lie and Retaliation by inside prison officials who arranged Inmate Ford to assault and molest Gilmore. For Arian brotherhood by NECI Mrs. BloomFecld and Also Sgt Blanketship

Who will all use the Bood a Gold Prison Authourity Word to Reflex this Matter as not true.

Plantiff is at fear for his life is put In Cell with Inmate to create Havoc to Sabatage Plantiff's Character for Prison OFficials Which I will Prove, an Oral Fact as well as camera, Ive been denied Protective Custody to hide set n cce ups

Certificate of Service

I Sean Gilmore sent by regular Mail a amended complaint adding more defendant as a part of this claim Civ.26 on 11-7-17

Sean Gilmore 721-420
WCI
Lebanon, OH
430-036

Sean Gilmore