UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SEAN GILMORE,                                          Case No. 1:17-cv-729

      Plaintiff,                                      Judge Timothy S. Black
vs.                                                    Magistrate Judge Stephanie K. Bowman

SGT. BLANKETSHIP, *et al.*,

      Defendants.

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings and memoranda filed with this Court, and on

January 2, 2018, submitted a Report and Recommendation.  (Doc. 7).  No objections

were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation (Doc. 7) should be and is hereby

adopted in its entirety.

Accordingly, all claims in Plaintiff's Amended Complaint (Doc. 5) are hereby

**DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C.

§ 1915A(b)(1), <u>with the exception of Plaintiff's Eighth Amendment failure to protect claim against defendant Sgt. Blanketship, which claim shall proceed</u>.

**IT IS SO ORDERED.**

Date: 1·29·18

Timothy S. Black
United States District Judge